United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMD FAMILY FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES LEECH, et al.,<br><br>    Defendants. | Case No. 16-cv-04967-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 8 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Sua Sponte Remand ("Report"), issued October 11, 2016. Dkt. No. 8. The time for objections has passed and none were filed. *See* Fed. R. Civ. P. 72(b)(2) (fourteen days to object). The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.[1] Accordingly, the Court hereby **ORDERS** that this case is remanded to the Superior Court of California for the County of Alameda. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 11/23/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Report recommends vacating the upcoming case management conference set for December 2, 2016. Dkt. No. 8 at 3. After this case was reassigned, the Court set the date for the upcoming case management conference as November 29, 2016. Dkt. No. 11. In any event, in adopting the Report, the Court vacates the upcoming case management conference and any other pending dates.